Theresa Shaw, Appellee, v. Robert C. Shaw, Appellant.

Gen. No. 44,178.

opinion filed November 3, 1947; released for publication November 18, 1947. Charles C. & Richard M. Spencer and C. C. Ownbey, for appellant; Victor G. Nardi, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

Ella R. Hopkins and Mary Irene Stenson, Executrix of Estate of Joseph Clement Stenson, Deceased, Appellees, v. Paul C. Loeber et al., Defendants. Grace C. Gilleland et al., Appellants.

Gen. No. 44,087.

opinion filed November 3, 1947; rehearing denied November 18, 1947; released for publication November 18, 1947. J. Edward Jones, for appellants; Shulman, Shulman & Abrams, for appellees; Meyer Abrams, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.